IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

WILLIAM WINDERS,

     Plaintiff

v.                                                          CASE NO:  3:24-cv-00042-CSW-MPB

AMY OLSEN,

     Defendant

## VERDICT FORM A
## VERDICT FOR DEFENDANT

We, the jury, find for the Defendant, Amy Olsen, and against the Plaintiff, William Winders.

9/25/25

DATE                                                  PRESIDING JUROR

1