UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM WINDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:24-cv-00042-CSW-MPB |
| | ) | |
| AMY OLSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**Final Judgment Pursuant to
Federal Rule of Civil Procedure 58**

Pursuant to the jury's verdict, the Court enters **Final Judgment** in favor of Defendant, Amy Olsen, and against Defendant William Winders.

The Plaintiff shall take nothing by his complaint.

Date: September 26, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.